David A. Berstein (State Bar No. 204472)
J. R. Dimuzio (State Bar No. 299803)
BERSTEIN LAW, PC
4000 MacArthur Boulevard, Suite 600 East Tower
Newport Beach, California 92660
T:  949.783.4210
Email: *david@bersteinlaw.com*
       *jr@bersteinlaw.com*

Attorneys for Defendants EAST WEST AUDIO VIDEO, INC.
and PUNIT BHATT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DISH NETWORK, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> JADOO TV, INC., SAJID SOHAIL, HASEEB SHAH, EAST WEST AUDIO VIDEO, INC., and PUNIT BHATT, <br><br> Defendants. | Case No.: 2:18-cv-09768-FMO-KS <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS (L.R. 8-3)** <br><br> Complaint Served:         December 3, 2018 <br> Current Response Date:  December 26, 2018 <br> New Response Date:       January 9, 2019 |

**TO THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE** Plaintiff DISH NETWORK, L.L.C. ("Plaintiff") and Defendants EAST WEST VIDEO, INC. ("East West") and PUNIT BHATT ("Bhatt") (hereafter collectively "Defendants") herein stipulate as follows:

1.     WHEREAS, Plaintiff filed its Complaint in this action on November 20, 2018; and

2.     WHEREAS, Plaintiff served Defendants with its Complaint on December 3, 2018; and

3.     WHEREAS, Defendants' response to the Complaint is due on December 26, 2018; and

4. WHEREAS, Plaintiff and Defendants believe that is appropriate to extend the time for Defendants to respond to the Complaint and therefore agree to extend the time for Defendants to respond to the Complaint to, and including, January 9, 2019; and

5. WHEREAS, this stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Plaintiff and/or Defendants in this action; and

6. NOW THEREFORE, Plaintiff and Defendants hereby stipulate pursuant to Local Rule 8-3, by and through their respective counsel, that Defendants shall have to, and including, January 9, 2019 to respond to the Complaint.

**IT IS SO STIPULATED**.

Dated: December 26, 2018      BERSTEIN LAW, PC
/s/ David A. Berstein
David A. Berstein
J. R. Dimuzio
Attorneys for Defendants EAST WEST VIDEO, INC. and PUNIT BHATT

Dated: December 26, 2018      HAGAN NOLL & BOYLE LLC
/s/ Stephen M. Ferguson
Timothy M. Frank
Joseph H. Boyle
Stephen M. Ferguson
Attorneys for Plaintiff DISH NETWORK, L.L.C.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS (L.R. 8-3)

## **DECLARATION OF ELECTRONIC SERVICE**
### **Central District of California Case No. 2:18-cv-09768-FMO-KS**

Service of the attached document was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5.3-3, which provide in part: "Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure for all attorneys who have consented to electronic service."

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 26, 2018, at Newport Beach, California.

By: /s/ David A. Berstein
David A. Berstein