

## de Rechtspraak

Rechtbank Den Haag



United States District Court, Central District Of California
Honorable Judge Karen L. Stevenson
Roybal Federal Building and Courthouse
255 E. Temple St., Courtroom 580
Los Angeles, CA 90012
USA

**Team Handel**

bezoekadres
Paleis van Justitie
Prins Clauslaan 60
2595 AJ Den Haag

correspondentieadres
Postbus 20302
2500 EH Den Haag

f 088 - 36 10 665
www.rechtspraak.nl

Bij beantwoording de datum en ons kenmerk vermelden. Wilt u slechts één zaak in uw brief behandelen.

| | |
|---|---|
| date | 1 april 2019 |
| department | Team Handel - Algemene Zaken |
| contactperson | mw. J.M. Schluter-Harteveld |
| direct phoneno. | 088 - 36 12 017 |
| our reference | C/09/571171 / KG RK 19/520<br>US DISTRICT COURT CALIFORNIA/RECHTBANK AMSTERDAM |
| your reference | 2:18-cv-9768-FMO(KSx DISH NETWORK LLC (EIS/VRZ) / JADOO TV INC. CS (GED/VWR) |
| attachment(s) | geen |
| subject | taking of evidence, Hague Convention of 18 March 1970 |

Dear Sir/Madam

I confirm the receipt of above mentioned request.
The documents were received on 29th March 2019.

The court will keep you informed about further procedures.

Kind regards

Ms J.M. Schluter-Harteveld



