

Rupees **50** ۵۰ روپے

## UNITED STATES DISTRICT COURT
### For the

### Central District of California

DISH NETWORK L.L.C.
Plaintiff

JADOO TV. INC., SAJID SOHAIL, HASEEB SHAH,
EAST WEST AUDIO VIDEO, INC., and PUNIT BHATT
Defendant(s)

Civil Action No. 2:18-CV-9768- FMO (KSx)

### SUMMONS IN A CIVIL SUIT

### AFFIDAVIT

I, Tasawar hussain, Advocate, of Islamabad, Pakistan, state on oath as follows: -

1- I am an Associate in the Registered Law Firm, Zafar & Associates - LLP, having Principal office at 8-G, Mushtaq Gurmani Road, Gulberg II, Lahore, Pakistan.

2- I obtained my qualifications from Punjab University and hold the degree of LL.B. I have been in practice as a legal practitioner since 2016.

3- I have wide experience in the law relating to Corporate and Intellectual Property cases, and I say and verily believe that the service on Respondents in respect of legal proceedings is contained in Civil Procedure Code, 1908 and General Clauses Act, 1897 and that the requirements for service are as follows:





Rupees **50**

A  Service by Person when practicable
B  Service by Registered Post Acknowledgement Due
C  Substituted service, when the defendant refuses or can't be found

Signed-
Deponent: Tasawar Hussain Advocate

**AFFIDAVIT**
Filed on behalf of the Claimant

4-  That I personally served the documents consisting of Summons and Complaint upon Mr. Haseeb Shah at his residential address House No. 1, Main Service Road North, 1-8/2, Islamabad, Pakistan on 19.04.2019 at about 04:30 pm.

5-  That the signed Acknowledgement Receipt by Mr. Shah is attached as Exhibit A of this Affidavit. While Proof of Service is enclosed as Exhibit B.

6-  All the facts and circumstances above deposed are within my own knowledge and sources of information appear on the face of my affidavit.

Sworn by -------------------------------- on April 23, 2019
at Karachi, Pakistan in the presence of

Signed ----------------------            Advocate                    Oath Commissioner
Deponent

Witness

# EXHIBIT A

## ACKNOWLEDGEMENT RECEIPT

Recipient Signature:

Recipient Name: Mr. Hayeeb Shah

Date: 19-04-2019

Contact Number: 0300 7101222

Delivery person signatures:

# EXHIBIT B

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:18-cv-9768  -FMO (KSx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Haseeb  Shah

was received by me on *(date)*  17-04-2019  .

☑ I personally served the summons on the individual at *(place)*  House #1, Main Service
Road North, I-8/2 Islamabad  on *(date)*  19-04-2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  23-04-2019

_____
*Server's signature*

Tasawar  Hussain
*Printed name and title*

Office #1, Level 1, Block 84 I & T Center
*Server's address*
G 10/1 Islamabad

Additional information regarding attempted service, etc: