```
DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
ALEXANDER B. PARKER (S.B. #264705)
aparker@omm.com
BILL TRAC (S.B. #281437)
btrac@omm.com
ASHISH SUDHAKARAN (S.B. #312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701

Attorney for Defendants
JADOO TV, INC., SAJID SOHAIL,
AND HASEEB SHAH
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> JADOO TV, INC., SAJID SOHAIL, HASEEB SHAH, EAST WEST AUDIO VIDEO, INC., and PUNIT BHATT, <br><br> Defendants. | Case No. 2:18-cv-09768-FMO-KS <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> **Complaint Served: April 19, 2019** <br> (But see below as this is contested) <br><br> **Current Response Date: May 10, 2019** <br> **New Response Date: May 17, 2019** |

WHEREAS, Plaintiff DISH Network L.L.C.'s ("DISH") filed its Complaint in the above-entitled action on November 20, 2018;

WHEREAS, DISH claims to have personally served the Complaint on Defendant Haseeb Shah ("Shah") on April 19, 2019, though Shah denies that he was personally served;

WHEREAS, assuming service by DISH took place on April 19, 2019, the date by which Shah would have to respond to the Complaint is May 10, 2019;

WHEREAS, DISH and Shah have agreed that Shah shall have a 7-day extension of time in which to respond to the Complaint—that is, to and including May 17, 2019;

NOW, THEREFORE, the parties acting through their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. Pursuant to Local Rule 8-3, Defendant Shah's deadline to respond to the Complaint is extended to and including May 17, 2019.

Dated: May 10, 2019

Respectfully submitted,

DARIN W. SNYDER
O'MELVENY & MYERS LLP

By: /s/ *Darin W. Snyder*
      Darin W. Snyder

Attorney for Defendants
Jadoo TV, Inc., Sajid Sohail, and Haseeb Shah

Dated: May 10, 2019

TIMOTHY M. FRANK
JOSEPH H. BOYLE
STEPHEN M. FERGUSON
HAGAN NOLL & BOYLE LLC

DAVID A. VAN RIPER
VAN RIPER LAW

By: /s/ *Joseph H. Boyle*
      JOSEPH H. BOYLE

Attorneys for Plaintiff
DISH Network L.L.C.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated: May 10, 2019

O'MELVENY & MYERS LLP

By: */s/ Darin W. Snyder*
      Darin W. Snyder