DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
ALEXANDER B. PARKER (S.B. #264705)
aparker@omm.com
BILL TRAC (S.B. #281437)
btrac@omm.com
ASHISH SUDHAKARAN (S.B. # 312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendants
JADOOTV, INC., SAJID SOHAIL,
and HASEEB SHAH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>        Plaintiff,<br><br>    v.<br><br>JADOOTV, INC., SAJID SOHAIL, HASEEB SHAH, EAST WEST AUDIO VIDEO, INC., and PUNIT BHATT,<br><br>        Defendants. | Case No. 2:18-cv-09768-FMO-KS<br><br>**DECLARATION OF ALEXANDER B. PARKER IN SUPPORT OF DEFENDANT HASEEB SHAH'S EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Filed concurrently herewith (1) Ex Parte Application, (2) Proposed Order] |

# DECLARATION OF ALEXANDER B. PARKER

I, Alexander B. Parker, under penalty of perjury, declare as follows:

1. I am an attorney at law, duly admitted and in good standing to practice in the State of California and the United States District Court for the Central District of California, and am an attorney at the firm O'Melveny & Myers LLP, counsel for Defendant Haseeb Shah ("Shah") for the limited purpose of contesting service and personal jurisdiction. I submit this declaration based upon my personal knowledge in support of Defendant Haseeb Shah's Ex Parte Application to Extend Time to Respond to Complaint. I have personal knowledge of the facts set forth herein and, if called upon, I could and would testify thereto.

2. My law firm was retained by Mr. Shah the morning of May 10, 2019 to represent him in this action for the limited purpose of contesting service and personal jurisdiction.

3. On May 10, 2019, my law firm asked DISH for a 21-day extension on the time for Mr. Shah to respond to the Complaint. DISH agreed only to a 7-day extension. The parties filed a stipulation pursuant to Civil Local Rule 8-3, extending the time for Mr. Shah's response to the Complaint by 7 days, to May 17, 2019. *See* Dkt. No. 70.

4. In my communications with Mr. Shah, Mr. Shah informed me that he was not personally served with the complaint and summons.

5. Mr. Shah informed me that he did not sign the "Acknowledgement Receipt" that is part of the proof of service filed by DISH purportedly showing personal service of the complaint and summons on Mr. Shah. *See* Dkt. No. 66 at 4.

6. Mr. Shah informed me that the "Recipient Signature" on the "Acknowledgement Receipt" of the proof of service is not his signature.

7. Mr. Shah informed me that he was not in Islamabad on April 19, 2019, which is the date and location where he was purportedly personally served according to the filed proof of service. *See* Dkt. No. 66 at 6.

- 1 -

PARKER DECL. ISO EX PARTE
APPLICATION TO EXTEND TIME
CASE NO. 2:18-cv-09768-FMO-KS

8. My law firm and I were unaware that DISH was claiming personal service of Mr. Shah until DISH filed the proof of service on May 7, 2019. After learning that DISH was claiming service, we promptly investigated the matter and were soon retained by Mr. Shah for the limited purpose of contesting service and personal jurisdiction.

9. One week is not sufficient time to prepare a motion challenging service and personal jurisdiction on Mr. Shah's behalf, and to confer with Mr. Shah—who lives in Pakistan—to prepare an affidavit in support of that motion.

10. Yesterday and today, I communicated via email and direct telephone communication with DISH's counsel regarding Mr. Shah's request for an additional 7-day extension on the time for him to respond to the Complaint and Mr. Shah's plan to file an ex parte application for that extension, if DISH did not agree to it. DISH's counsel indicated that DISH opposes the requested 7-day extension.

11. Counsel for Mr. Shah has also requested that DISH's counsel withdraw the proof of service on the grounds that it is a forgery and was not signed by Mr. Shah. DISH did not agree to withdraw the proof of service.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at San Francisco, California, this 14th day of May, 2019.

By: /s/ Alexander B. Parker
Alexander B. Parker