DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
ALEXANDER B. PARKER (S.B. #264705)
aparker@omm.com
BILL TRAC (S.B. #281437)
btrac@omm.com
ASHISH SUDHAKARAN (S.B. # 312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Defendants
JADOOTV, INC., SAJID SOHAIL,
and HASEEB SHAH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>JADOOTV, INC., SAJID SOHAIL, HASEEB SHAH, EAST WEST AUDIO VIDEO, INC., and PUNIT BHATT,<br><br>Defendants. | Case No. 2:18-cv-09768-FMO-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HASEEB SHAH'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) and 12(b)(5)**<br><br>Date:    July 11, 2019<br>Time:    10:00 a.m.<br>Ctrm:    6D<br>Judge:   Hon. Fernando M. Olguin |

# [PROPOSED] ORDER

The Court, having considered Defendant Haseeb Shah's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(5) (the "Motion"), all other papers and evidence submitted in support, opposition, and reply, the pertinent pleadings and files in this action, and the arguments of counsel, and finding good cause to grant the Motion, hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. Haseeb Shah's Motion to Dismiss is GRANTED and Plaintiff's Complaint against Haseeb Shah is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE