UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   CV 18-9768-FMO (KSx) | Date: June 26, 2019 |
| Title   *Dish Network, LLC. v. Jadoo TV, Inc. et al.* | |

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | CS 06/26//2019 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen Ferguson | Ben Haber |

**Proceedings: MINUTES OF HEARING RE: PLAINTIFF DISH NETWORK, LLC'S MOTION TO COMPEL SAJID SOHAIL'S PRODUCTION OF DOCUMENTS [DKT. NO. 75] AND ORDER FOR SUPPLEMENTAL BRIEFING**

   Case called. Counsel state their appearances. The Court hears argument from counsel regarding Plaintiff Dish Network, LLC's ("Plaintiff's") motion to compel production of documents in Defendant Sajid Sohail's ("Sohail's") possession as an individual defendant. The motion to compel was initially directed at Defendants Jadoo TV, Inc. ("Jadoo") and Sohail. (Dkt. No. 75.) However, on May 31, 2019, Jadoo filed a Suggestion of Bankruptcy indicating that it had filed a voluntary petition for relief in the United States Bankruptcy Court for the Northern District of California. (Dkt. No. 78.) Accordingly, this action is stayed as to Jadoo and Plaintiff's motion to compel is only directed at Sohail in his individual capacity. (*See* Defendant Sajid Sohail's Supplemental Memorandum Regarding Dish Network LLC's Motion to Compel Defendants Jadoo Tv, Inc. and Sajid Sohail's Production of Documents [Dkt. No. 80].)

   After hearing the arguments of counsel, the Court concludes that, in light of Jadoo's bankruptcy filing, it would be helpful to have supplemental briefing from the parties on whether Sohail may be compelled to produce emails and other documents that he created in his capacity as a corporate officer of Jadoo. Accordingly, **on or before July 3, 2019**, Plaintiff is to submit supplemental briefing of no more than ten (10) pages, citing case law or other authority that addresses whether a corporate officer of a company that is subject to a bankruptcy stay can be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 18-9768-FMO (KSx)                      Date: June 26, 2019

Title  *Dish Network, LLC, v. Jadoo TV, Inc, et al.*

compelled to produce corporate documents related to the individual's work activities for the bankrupt debtor and whether any such documents are considered to be in the possession, custody, or control of the individual officer for the purposes of discovery as to that person in his individual capacity.

       Sohail may file a response of no more than five (5) pages **on or before July 9, 2019.** If Sohail files no response to Plaintiff's supplemental brief, the motion to compel will be deemed under submission on the date the response is due and an order will issue.

IT IS SO ORDERED.

                                                                  : 23 mins
                                            **Initials of Preparer**    gr