Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
Joseph H. Boyle (*pro hac vice*)
joe.boyle@hnbllc.com
Stephen M. Ferguson (*pro hac vice*)
stephen.ferguson@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

David A. Van Riper (California Bar No. 128059)
dave@vanriperlaw.com
VAN RIPER LAW
1254 Irvine Blvd., Suite 200
Tustin, California 92780-3571
Telephone: (714) 731-1800
Facsimile: (714) 731-1811

Attorneys for Plaintiff DISH Network L.L.C.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> JADOO TV, INC. et al., <br><br> Defendants. | Case No. 2:18-cv-9768-FMO (KSx) <br><br> **DISH NETWORK L.L.C.'S NOTICE OF MOTION FOR AWARD OF EXPENSES INCURRED IN BRINGING MOTION TO COMPEL SAJID SOHAIL'S PRODUCTION OF DOCUMENTS (DKT. 75)** <br><br> Date: October 2, 2019 <br> Time: 11:00 a.m. <br> Ctrm: 580 <br> Judge: Hon. Karen L. Stevenson |

TO DEFENDANTS AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE that on October 2, 2019 at 11:00 AM or as soon thereafter as the matter may be heard, before the Honorable Karen L. Stevenson of the United States District Court for the Central District of California, Roybal Federal Building and Courthouse, 255 E. Temple St., Courtroom 580, Los Angeles, CA 90012, Plaintiff DISH Network L.L.C. ("DISH") will, and hereby does, move this Court pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) and the Court's Order of August 14, 2019 (Dkt. 96), for an award of expenses incurred in bringing its motion to compel Sajid Sohail's production of documents (Dkt. 75). DISH requests an award of $20,645.55 (44.9%) in attorney's fees and $1,819.87 in costs.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in Support of the Motion, the Declaration of Stephen M. Ferguson and all pleadings and records on file in this action and any other arguments and evidence presented to this Court at or before the hearing on this motion.

Pursuant to Civil Local Rule 7-3, DISH met and conferred with counsel for Defendant Sajid Sohail, on the matters in this motion on August 16, 2019, and Defendant opposes this motion.

Dated: August 21, 2019          Respectfully submitted,

By: */s/ Stephen M. Ferguson*
    Stephen M. Ferguson (*pro hac vice*)
    stephen.ferguson@hnbllc.com
    Timothy M. Frank (California Bar No. 263245)
    timothy.frank@hnbllc.com
    Joseph H. Boyle (*pro hac vice*)
    joe.boyle@hnbllc.com
    HAGAN NOLL & BOYLE LLC
    820 Gessner, Suite 940
    Houston, Texas 77024
    Telephone: (713) 343-0478
    Facsimile: (713) 758-0146

David A. Van Riper (California Bar No. 128059)
dave@vanriperlaw.com
VAN RIPER LAW
1254 Irvine Blvd., Suite 200
Tustin, California 92780-3571
Telephone: (714) 731-1800
Facsimile: (714) 731-1811

*Attorneys for Plaintiffs DISH Network L.L.C.*