Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
Joseph H. Boyle (*pro hac vice*)
joe.boyle@hnbllc.com
Stephen M. Ferguson (*pro hac vice*)
stephen.ferguson@hnbllc.com
HAGAN NOLL & BOYLE LLC
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

David A. Van Riper (California Bar No. 128059)
dave@vanriperlaw.com
VAN RIPER LAW
1254 Irvine Blvd., Suite 200
Tustin, California 92780-3571
Telephone: (714) 731-1800
Facsimile: (714) 731-1811

Attorneys for Plaintiff DISH Network L.L.C.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> JADOO TV, INC., SAJID SOHAIL, HASEEB SHAH, EAST WEST AUDIO VIDEO, INC., and PUNIT BHATT, <br><br> Defendants. | Case No. 2:18-cv-9768-FMO (KSx) <br><br> **DECLARATION OF STEPHEN M. FERGUSON IN OPPOSITION TO DEFENDANTS' APPLICATION FOR AN *EX PARTE* ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO QUASH SUBPOENAS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45** <br><br> Date:     September 4, 2019 <br> Time:    10:00 a.m. <br> Ctrm:    580 <br> Judge:   Hon. Karen L. Stevenson |

I, STEPHEN M. FERGUSON, of Houston, Texas declare as follows:

1. I am an attorney with the firm of Hagan Noll & Boyle LLC, counsel for Plaintiff DISH Network L.L.C. ("DISH"). I am licensed to practice in Texas and admitted *pro hac vice* for purposes of representing DISH in this case and the JadooTV, Inc. ("JadooTV") bankruptcy case. I make this declaration based on personal knowledge and, if called on to testify, would testify competently as stated herein. This declaration is filed in opposition to Defendants' application for an *ex parte* order to continue the September 4, 2019 hearing on Defendants' motion to quash non-party subpoenas pursuant to Federal Rule of Civil Procedure 45.

2. Attached as **Exhibit 1** is a true and correct copy of the docket report for the JadooTV bankruptcy case. Defendants' counsel, Mark Punzalan, is not identified as JadooTV's bankruptcy counsel.

3. Attached as **Exhibit 2** is a true and correct copy of JadooTV's *ex parte* motion in the JadooTV bankruptcy case to continue the status conference and hearings on JadooTV's stock repurchase motion and defense costs motion from August 28, 2019 to September 4, 2019. The bankruptcy court granted JadooTV's motion continuing the status conference and hearings to September 4, 2019.

4. Defendants' counsel, Mark Punzalan, and I telephonically met and conferred on August 27, 2019 concerning Defendants' request to continue the September 4, 2019 hearing on Defendants' motion to quash subpoenas and the October 2, 2019 hearing on DISH's Motion for an award of expenses incurred in bringing its motion to compel Sajid Sohail's ("Sohail") production of documents. I asked Defendants' counsel for the basis in continuing to pursue the motion to quash subpoenas in light of the Court's August 14 Order finding the automatic stay did not apply to non-debtor Sohail. Defendants' counsel responded that the motion was briefed and he was not going to argue the motion during our call. I also asked Defendants' counsel why he believed he needed to attend the JadooTV bankruptcy status conference or motion hearings on September 4, 2019. Defendants' counsel

responded that he needed to be present at the status conference because the bankruptcy court may have questions about his fees or the civil litigation.

5. Attached as **Exhibit 3** is a true and correct copy of an email that I sent to Defendants' counsel on August 27, 2019, following our meet and confer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2019.

*/s/ Stephen M. Ferguson*
Stephen M. Ferguson