# EXHIBIT 1

Case 2:18-cv-09768-FMO-KS   Document 103-2   Filed 08/28/19   Page 2 of 30   Page ID
#:2298

**JNTADMN, PlnDue, DsclsDue, FilingFeeDue**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (Oakland)
### Bankruptcy Petition #: 19-41283

*Date filed:* 05/31/2019
*341 meeting:* 07/26/2019
*Deadline for filing claims:* 09/30/2019

*Assigned to:* Judge William J. Lafferty
Chapter 11
Voluntary
Asset

| | |
|---|---|
| ***Debtor*** | represented by **Jane Kim** |
| **JadooTV, Inc.** | Keller & Benvenutti LLP |
| 5880 W. Las Positas Blvd. #37 | 650 California St, Suite 1900 |
| Pleasanton, CA 94588 | San Francisco, CA 94108 |
| ALAMEDA-CA | (415) 364-6793 |
| Tax ID / EIN: 35-2363775 | Email: jkim@kellerbenvenutti.com |
| | |
| | **Thomas B. Rupp** |
| | Keller and Benvenutti LLP |
| | 650 California St. #1900 |
| | San Francisco, CA 94108 |
| | (415) 636-9015 |
| | Email: trupp@kellerbenvenutti.com |
| | |
| ***Responsible Ind*** | |
| **Sajid Sohail** | |
| 7977 Foothill Knolls Rd. | |
| Pleasanton, CA 94588 | |
| (415) 400-9273 | |
| | |
| ***U.S. Trustee*** | represented by **Jason Blumberg** |
| **Office of the U.S. Trustee/Oak** | Office of the U.S. Trustee |
| Office of the United States Trustee | 501 I St. #7-500 |
| Attn: Jason Blumberg | Sacramento, CA 95814 |
| 501 I Street #7-500 | (916) 930-2076 |
| Sacramento, CA 95814 | Email: jason.blumberg@usdoj.gov |
| 916-930-2100 | |

| Filing Date | # | Docket Text |
|---|---|---|
| 05/31/2019 | <u>1</u><br>(7 pgs) | Chapter 11 Voluntary Petition for Non-Individual, Fee Amount $1717, Filed by JadooTV, Inc.. Order Meeting of Creditors due by 06/7/2019. (Kim, Jane)CORRECTIVE ENTRY: Clerk modified statistical data to reflect asset case. |

| | | |
|---|---|---|
| | | Modified on 6/3/2019 (myt). (Entered: 05/31/2019) |
| 05/31/2019 | | Receipt of filing fee for Voluntary Petition (Chapter 11)(19-41283) [misc,volp11] (1717.00). Receipt number 29637911, amount $1717.00 (re: Doc# 1 Voluntary Petition (Chapter 11)) (U.S. Treasury) (Entered: 05/31/2019) |
| 05/31/2019 | 2 (3 pgs) | Chapter 11 or Chapter 9 Cases Non-Individual: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Filed by Debtor JadooTV, Inc. (Kim, Jane) (Entered: 05/31/2019) |
| 05/31/2019 | | First Meeting of Creditors with 341(a) meeting to be held on 07/01/2019 at 11:30 AM at Oakland U.S. Trustee Office 13th Floor. Proof of Claim due by 09/30/2019. (Kim, Jane) (Entered: 05/31/2019) |
| 05/31/2019 | 3 (3 pgs) | Corporate Disclosure Statement. Filed by Debtor JadooTV, Inc. (Kim, Jane) (Entered: 05/31/2019) |
| 05/31/2019 | 4 (11 pgs; 2 docs) | Motion for Joint Administration Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order)) (Kim, Jane) (Entered: 05/31/2019) |
| 05/31/2019 | 5 (18 pgs; 3 docs) | Chapter 11 First Day Motion to Continue Existing Cash Management System and Maintain Existing Bank Accounts and Business Forms. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Schedule 1 (List of Bank Accounts) # 2 Exhibit A (Proposed Order)) (Kim, Jane) (Entered: 05/31/2019) |
| 05/31/2019 | 6 (14 pgs; 2 docs) | Chapter 11 First Day Motion to Pay Prepetition Wages, Salaries, Withholding Obligations, and Other Compensation and Benefits. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order)) (Kim, Jane) (Entered: 05/31/2019) |
| 05/31/2019 | 7 (16 pgs; 3 docs) | Chapter 11 First Day Motion to Pay Certain Prepetition Taxes. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order) # 2 Exhibit B (Taxing Authorities List)) (Kim, Jane) (Entered: 05/31/2019) |
| 05/31/2019 | 8 (13 pgs; 3 docs) | Chapter 11 First Day Motion to Approve Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order) # 2 Exhibit B (Utility Service List)) (Kim, Jane) (Entered: 05/31/2019) |

| | | |
|---|---|---|
| 05/31/2019 | **9**<br>(2 pgs) | Application to Designate Sajid Sohail as Responsible Individual Filed by Debtor JadooTV, Inc. (Kim, Jane) (Entered: 05/31/2019) |
| 05/31/2019 | **10**<br>(13 pgs) | Declaration of Sajid Sohail in support of *First Day Motions and Related Relief* (RE: related document(s)**4** Motion for Joint Administration, **5** Motion Re: Chapter 11 First Day Motions, **6** Motion Re: Chapter 11 First Day Motions, **7** Motion Re: Chapter 11 First Day Motions, **8** Motion Re: Chapter 11 First Day Motions). Filed by Debtor JadooTV, Inc. (Kim, Jane) (Entered: 05/31/2019) |
| 05/31/2019 | **11**<br>(9 pgs; 2 docs) | Motion to Shorten Time *for Hearing on First Day Motions* (RE: related document(s)**4** Motion for Joint Administration filed by Debtor JadooTV, Inc., **5** Motion Re: Chapter 11 First Day Motions filed by Debtor JadooTV, Inc., **6** Motion Re: Chapter 11 First Day Motions filed by Debtor JadooTV, Inc., **7** Motion Re: Chapter 11 First Day Motions filed by Debtor JadooTV, Inc., **8** Motion Re: Chapter 11 First Day Motions filed by Debtor JadooTV, Inc.). Filed by Debtor JadooTV, Inc. (Attachments: # **1** Exhibit A (Proposed Order)) (Kim, Jane) (Entered: 05/31/2019) |
| 06/01/2019 | **20**<br>(2 pgs; 2 docs) | Order for Payment of State and Federal Taxes (admin) (Entered: 06/03/2019) |
| 06/03/2019 | **12**<br>(3 pgs; 2 docs) | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (myt) (Entered: 06/03/2019) |
| 06/03/2019 | **13**<br>(2 pgs; 2 docs) | Order to File Required Documents and Notice of Automatic Dismissal. (myt) (Entered: 06/03/2019) |
| 06/03/2019 | **14**<br>(2 pgs; 2 docs) | Notice of Failure to Provide Debtor's Social Security Number and/or List of Creditors. Social Security Form/Matrix due by 6/17/2019. (myt) (Entered: 06/03/2019) |
| 06/03/2019 | **15**<br>(3 pgs; 2 docs) | Order and Notice of Chapter 11 Status Conference **Status Conference scheduled for 7/17/2019 at 10:30 AM at Oakland Room 220 - Lafferty.** Status Conference Statement due by 7/10/2019 (myt) (Entered: 06/03/2019) |
| 06/03/2019 | **16**<br>(4 pgs) | Order Pursuant to Fed.R.Bankr.P.1015(b) Directing Joint Administration of Chapter 11 Cases (Related Doc # **4**). (cf) (Entered: 06/03/2019) |

| | | |
|---|---|---|
| 06/03/2019 | **17**<br>(2 pgs) | Order Shortening Time for Hearing on First Day Motions (RE: related document(s)5 Chapter 11 First Day Motion to Continue Existing Cash Management System and Maintain Existing Bank Accounts and Business Forms, 6 Chapter 11 First Day Motion to Pay Prepetition Wages, Salaries, Withholding Obligations, and Other Compensation and Benefits, 7 Chapter 11 First Day Motion to Pay Certain Prepetition Taxes, 8 Chapter 11 First Day Motion to Approve Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, 11 Motion to Shorten Time filed by Debtor JadooTV, Inc.). **Hearing scheduled for 6/4/2019 at 02:00 PM at Oakland Room 220 - Lafferty.** (cf) (Entered: 06/03/2019) |
| 06/03/2019 | **18**<br>(2 pgs) | Notice of Hearing *on Shortened Time for First Day Motions* (RE: related document(s)4 Motion for Joint Administration Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order)), 5 Chapter 11 First Day Motion to Continue Existing Cash Management System and Maintain Existing Bank Accounts and Business Forms. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Schedule 1 (List of Bank Accounts) # 2 Exhibit A (Proposed Order)), 6 Chapter 11 First Day Motion to Pay Prepetition Wages, Salaries, Withholding Obligations, and Other Compensation and Benefits. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order)), 7 Chapter 11 First Day Motion to Pay Certain Prepetition Taxes. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order) # 2 Exhibit B (Taxing Authorities List)), 8 Chapter 11 First Day Motion to Approve Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order) # 2 Exhibit B (Utility Service List))). **Hearing scheduled for 6/4/2019 at 02:00 PM at Oakland Room 220 - Lafferty.** Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 06/03/2019) |
| 06/03/2019 | | **DOCKET TEXT ORDER** An order has been entered in accordance with Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1 directing the procedural consolidation and joint administration of the Chapter 11 Cases as set forth in the Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases, as filed on the docket in Case No. 19-41283 WJL. The docket in Case No. 19-41283 should be consulted for all matters affecting the case. (RE: related document(s)4 Motion for Joint Administration filed by Debtor JadooTV, Inc., 16 Order on Motion for Joint Administration). (cf) (Entered: 06/03/2019) |

| | | |
|---|---|---|
| 06/03/2019 | [19](#)<br>(3 pgs) | Notice of Appearance and Request for Notice by Jason Blumberg. Filed by U.S. Trustee Office of the U.S. Trustee/Oak (Blumberg, Jason) (Entered: 06/03/2019) |
| 06/04/2019 | [21](#)<br>(6 pgs) | Certificate of Service *for First Day Motions* (RE: related document(s)[4](#) Motion for Joint Administration, [5](#) Motion Re: Chapter 11 First Day Motions, [6](#) Motion Re: Chapter 11 First Day Motions, [7](#) Motion Re: Chapter 11 First Day Motions, [8](#) Motion Re: Chapter 11 First Day Motions). Filed by Debtor JadooTV, Inc. (Rupp, Thomas). Related document(s) [10](#) Declaration filed by Debtor JadooTV, Inc., [18](#) Notice of Hearing filed by Debtor JadooTV, Inc.. CORRECTIVE ENTRY: Clerk added linkage to document(s) #10, #18. Modified on 6/4/2019 (aw). (Entered: 06/04/2019) |
| 06/04/2019 | [22](#)<br>(9 pgs) | Creditor Matrix Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 06/04/2019) |
| 06/04/2019 | [23](#)<br>(10 pgs) | Objection (RE: related document(s)[5](#) Motion Re: Chapter 11 First Day Motions, [6](#) Motion Re: Chapter 11 First Day Motions). Filed by U.S. Trustee Office of the U.S. Trustee/Oak (Blumberg, Jason) (Entered: 06/04/2019) |
| 06/04/2019 | | Hearing Held and Continued (related document(s): [4](#) Motion for Joint Administration filed by JadooTV, Inc., [5](#) Motion Re: Chapter 11 First Day Motions filed by JadooTV, Inc., [6](#) Motion Re: Chapter 11 First Day Motions filed by JadooTV, Inc., [7](#) Motion Re: Chapter 11 First Day Motions filed by JadooTV, Inc., [8](#) Motion Re: Chapter 11 First Day Motions filed by JadooTV, Inc.) Minutes of Proceedings: Motion for Joint Administration taken off calendar as the Order Directing Joint Administration was signed 6/3/2019. Motion for Interim and Final Authority to Pay Prepetition Wages, Salaries, Withholding Obligations, and Other Compensation and Benefits Approved with the requirement that Counsel for Debtor to give 3-day notice before any claim is paid. Motion for Interim and Final Authority to Pay Certain Prepetition Taxes and Granting Related Relief Approved. Motion for Authority to Continue Existing Cash Management System and Maintain Existing Bank Accounts and Business Forms Approved on an interim basis with the order to include the terms discussed on the record regarding designating debtor in possession checks for certain accounts and the usage of the PayPal account. A further hearing regarding cash management and a final hearing on Debtor's Motion Regarding Utility Providers will be scheduled for **06/19/2019 at 10:30 AM at Oakland Room 220 - Lafferty.** (cf) (Entered: 06/04/2019) |

| | | |
|---|---|---|
| 06/04/2019 | 24<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 6/4/2019 2:01:16 PM ]. File Size [ 9751 KB ]. Run Time [ 00:40:38 ]. (admin). (Entered: 06/04/2019) |
| 06/05/2019 | 25<br>(3 pgs) | Order Appointing Sajid Sohail as Responsible Individual (Related Doc # 9). (cf) (Entered: 06/05/2019) |
| 06/05/2019 | 26<br>(8 pgs; 2 docs) | Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtors to (A) Continue Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms (Related Doc # 5) **Final Hearing scheduled for 6/19/2019 at 10:30 AM at Oakland Room 220 - Lafferty.** (cf) (Entered: 06/05/2019) |
| 06/05/2019 | 27<br>(6 pgs; 2 docs) | Interim Order Pursuant to 11 U.S.C. §§ 105, 363, 507(a), and 541(d) and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtors to Pay Certain Prepetition Taxes and Granting Related Relief (RE: related document(s)7 Motion Re: Chapter 11 First Day Motions filed by Debtor JadooTV, Inc.). **Final Hearing scheduled for 6/19/2019 at 10:30 AM at Oakland Room 220 - Lafferty.** (cf) (Entered: 06/05/2019) |
| 06/05/2019 | 28<br>(3 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 12 Generate 341 Notices). Notice Date 06/05/2019. (Admin.) (Entered: 06/05/2019) |
| 06/05/2019 | 29<br>(2 pgs) | BNC Certificate of Mailing - Notice of Failure to Provide Debtor's Social Security Number (RE: related document(s) 14 Notice of Failure to Provide SSN/List of Creditors). Notice Date 06/05/2019. (Admin.) (Entered: 06/05/2019) |
| 06/05/2019 | 30<br>(2 pgs) | BNC Certificate of Mailing (RE: related document(s) 13 Order to File Missing Documents). Notice Date 06/05/2019. (Admin.) (Entered: 06/05/2019) |
| 06/05/2019 | 31<br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) 15 Order and Notice of Status Conference Chp 11). Notice Date 06/05/2019. (Admin.) (Entered: 06/05/2019) |
| 06/06/2019 | 32<br>(2 pgs) | BNC Certificate of Mailing - Payment of State and Fed Taxes. (RE: related document(s) 20 Order for Payment of State and Federal Taxes). Notice Date 06/06/2019. (Admin.) (Entered: 06/06/2019) |
| 06/07/2019 | 33<br>(2 pgs) | Notice Regarding *Continued Hearing on Shortened Time for First Day Motions* (RE: related document(s)6 Chapter |

| | | |
|---|---|---|
| | | 11 First Day Motion to Pay Prepetition Wages, Salaries, Withholding Obligations, and Other Compensation and Benefits. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order)), 7 Chapter 11 First Day Motion to Pay Certain Prepetition Taxes. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order) # 2 Exhibit B (Taxing Authorities List)), 8 Chapter 11 First Day Motion to Approve Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order) # 2 Exhibit B (Utility Service List))). Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 06/07/2019) |
| 06/07/2019 | 34 (3 pgs) | Certificate of Service *for Notice of Continued Hearing on Shortened Time for First Day Motions* (RE: related document(s)33 Notice). Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 06/07/2019) |
| 06/07/2019 | 35 (8 pgs) | BNC Certificate of Mailing (RE: related document(s) 26 Order on Motion Re: Chapter 11 First Day Motions). Notice Date 06/07/2019. (Admin.) (Entered: 06/07/2019) |
| 06/07/2019 | 36 (6 pgs) | BNC Certificate of Mailing (RE: related document(s) 27 Order Granting Related Motion/Application). Notice Date 06/07/2019. (Admin.) (Entered: 06/07/2019) |
| 06/08/2019 | 37 (5 pgs) | Interim Order Pursuant To 11 U.S.C. §§ 105(a), 363(b), And 507 And Fed. R. Bankr. P. 6003 And 6004 Authorizing Debtors To Pay Prepetition Wages, Salaries, Withholding Obligations, And Other Compensation And Benefits (RE: related document(s)6 Motion Re: Chapter 11 First Day Motions filed by Debtor JadooTV, Inc.). **Final Hearing scheduled for 6/19/2019 at 10:30 AM at Oakland Room 220 - Lafferty.** (cf) (Entered: 06/10/2019) |
| 06/11/2019 | 38 (2 pgs) | Notice of Continuance of Meeting of Creditors *Notice of Rescheduled § 341 Meetings of Creditors*. 341(a) meeting to be held on 7/26/2019 at 10:00 AM Oakland U.S. Trustee Office 13th Floor (Blumberg, Jason) (Entered: 06/11/2019) |
| 06/11/2019 | 39 (5 pgs) | Certificate of Service *re Notice of Rescheduled § 341 Meetings of Creditors* (RE: related document(s)38 Notice of Continuance of Meeting of Creditors). Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 06/11/2019) |
| 06/12/2019 | 40 (5 pgs) | Supplemental Declaration of Sajid Sohail in support of *First Day Motions and Related Relief* (RE: related document(s)10 |

| | | |
|---|---|---|
| | | Declaration). Filed by Debtor JadooTV, Inc. (Kim, Jane). Related document(s) 5 Chapter 11 First Day Motion to Continue Existing Cash Management System and Maintain Existing Bank Accounts and Business Forms. filed by Debtor JadooTV, Inc., 6 Chapter 11 First Day Motion to Pay Prepetition Wages, Salaries, Withholding Obligations, and Other Compensation and Benefits. filed by Debtor JadooTV, Inc., 8 Chapter 11 First Day Motion to Approve Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers. filed by Debtor JadooTV, Inc.. Modified on 6/13/2019 CORRECTIVE ENTRY: Clerk added linkage to document(s) #5, 6 and 8.(dts). (Entered: 06/12/2019) |
| 06/14/2019 | 41 (13 pgs; 2 docs) | Application to Employ Keller & Benvenutti LLP as Debtors' Bankruptcy Counsel *Nunc Pro Tunc to the Petition Date* Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order)) (Kim, Jane) (Entered: 06/14/2019) |
| 06/14/2019 | 42 (16 pgs; 2 docs) | Declaration of Jane Kim in support of *Application for Order Authorizing Retention of Keller & Benvenutti LLP as Debtors' Bankruptcy Counsel, Nunc Pro Tunc to the Petition Date* (RE: related document(s)41 Application to Employ). Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Engagement Letter)) (Kim, Jane) (Entered: 06/14/2019) |
| 06/14/2019 | 43 (2 pgs; 2 docs) | Summary of Assets and Liabilities for Non-Individual Filed by Debtor JadooTV, Inc. (Attachments: # 1 Declaration Declaration for Non-Individual Debtors) (Rupp, Thomas) (Entered: 06/14/2019) |
| 06/14/2019 | 44 (18 pgs) | Schedules A-H. Filed by Debtor JadooTV, Inc. (Rupp, Thomas) DEFECTIVE ENTRY: Party filer to pay required fee due. NOTE: New Creditors were added. Modified on 6/18/2019 (lm). (Entered: 06/14/2019) |
| 06/14/2019 | 45 (17 pgs) | Statement of Financial Affairs for Non-Individual *for JadooTV, Inc.* Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 06/14/2019) |
| 06/14/2019 | 46 (1 pg) | List of Equity Security Holders *for JadooTV, Inc.* Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 06/14/2019) |
| 06/14/2019 | 47 (2 pgs; 2 docs) | Summary of Assets and Liabilities for Non-Individual *for CloudStream Media, Inc.* Filed by Debtor JadooTV, Inc. |

| | | |
|---|---|---|
| | | (Attachments: # <u>1</u> Declaration Under Penalty of Perjury for Non-Individual Debtors) (Rupp, Thomas) DEFECTIVE ENTRY: PDF reflects incorrect case name and case number on page 1. Modified on 6/17/2019 (lm). (Entered: 06/14/2019) |
| 06/14/2019 | <u>48</u><br>(15 pgs) | Schedules A-H. *for CloudStream Media Inc.* Filed by Debtor JadooTV, Inc. (Rupp, Thomas) DEFECTIVE ENTRY: PDF reflects incorrect case name and case number on page 1. DEFECTIVE ENTRY: Incorrect PDF attached. Modified on 6/18/2019 (lm). (Entered: 06/14/2019) |
| 06/14/2019 | <u>49</u><br>(14 pgs) | Statement of Financial Affairs for Non-Individual *for CloudStream Media, Inc.* Filed by Debtor JadooTV, Inc. (Rupp, Thomas) DEFECTIVE ENTRY: PDF reflects incorrect case name and case number on page 1. Modified on 6/17/2019 (lm). (Entered: 06/14/2019) |
| 06/14/2019 | <u>50</u><br>(1 pg) | List of Equity Security Holders *for CloudStream Media, Inc.* Filed by Debtor JadooTV, Inc. (Rupp, Thomas) DEFECTIVE ENTRY: PDF reflects incorrect case name and case number on page 1. Modified on 6/17/2019 (lm). (Entered: 06/14/2019) |
| 06/18/2019 | <u>51</u><br>(20 pgs; 3 docs) | Notice Regarding *Filing of Proposed Final Order Approving Cash Management Motion* (RE: related document(s)<u>5</u> Chapter 11 First Day Motion to Continue Existing Cash Management System and Maintain Existing Bank Accounts and Business Forms. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Schedule 1 (List of Bank Accounts) # 2 Exhibit A (Proposed Order))). Filed by Debtor JadooTV, Inc. (Attachments: # <u>1</u> Ex 1-1 (Clean Proposed Final Order) # <u>2</u> Ex 1-2 (Redline Comparison)) (Kim, Jane) (Entered: 06/18/2019) |
| 06/18/2019 | | Fee Due Amended Schedules (D, E, and F - Fee Required) $ 31 (RE: related document(s)<u>44</u> Schedules A-H). (lm) (Entered: 06/18/2019) |
| 06/18/2019 | | Receipt of filing fee for Amended Schedules (D, E, and F - Fee Required)(19-41283) ( 31.00). Receipt number 29685030, amount $ 31.00 (re: Doc# <u>44</u> Schedules A-H) (U.S. Treasury) (Entered: 06/18/2019) |
| 06/19/2019 | <u>52</u><br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 6/19/2019 10:47:23 AM ]. File Size [ 5512 KB ]. Run Time [ 00:22:58 ]. (admin). (Entered: 06/19/2019) |

| | | |
|---|---|---|
| 06/19/2019 | | Hearing Held. Minutes of Proceedings: Application to Employ Counsel for Debtor Granted. Motion to Pay Prepetition Taxes Granted on a final basis. Regarding the Utility Providers? Motion, order to be revised and resubmitted to reflect the additional $1000.00 deposit to PG&E. Counsel for Debtor to file and give notice regarding Debtor?s intent to pay a pre-petition employee severance debt in the amount of $2000.00. If no objections or requests for hearing are filed, the Motion to Pay Prepetition Wages, Salaries, Withholding Obligations, and Other Compensation and Benefits will be Granted. Motion for Cash Collateral Granted on a further interim basis with an approval of $10,000.00 maximum daily reserve in Debtor?s PayPal account to cover necessary payments and charge backs. Counsel for Debtor ordered to provide the full copy of monthly operating reports to the U.S. Trustee but will not be required to file the full report for reasons stated on the record. Counsel to provide the court in a status conference statement due 7/10/2019 any updates, if any, regarding the pending litigation in district court. (related document(s): 5 Motion Re: Chapter 11 First Day Motions filed by JadooTV, Inc., 6 Motion Re: Chapter 11 First Day Motions filed by JadooTV, Inc., 7 Motion Re: Chapter 11 First Day Motions filed by JadooTV, Inc., 8 Motion Re: Chapter 11 First Day Motions filed by JadooTV, Inc., 41 Application to Employ filed by JadooTV, Inc.) (cf) (Entered: 06/20/2019) |
| 06/20/2019 | 54 (5 pgs) | Order Authorizing Retention of Keller & Benvenutti LLP as Debtors' Bankruptcy Counsel, Nunc Pro Tunc to the Petition Date (Related Doc # 41). (cf) (Entered: 06/21/2019) |
| 06/21/2019 | 53 (2 pgs) | Notice Regarding *Proposed Payment of Prepetition Severance Claim* (RE: related document(s)6 Chapter 11 First Day Motion to Pay Prepetition Wages, Salaries, Withholding Obligations, and Other Compensation and Benefits. Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Proposed Order))). Filed by Debtor JadooTV, Inc. (Kim, Jane) (Entered: 06/21/2019) |
| 06/21/2019 | 55 (6 pgs) | Certificate of Service *re Notice of Proposed Payment of Prepetition Severance Claim Pursuant to Employee Wages and Benefits Order* (RE: related document(s)53 Notice). Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 06/21/2019) |
| 06/21/2019 | 56 (5 pgs; 2 docs) | Final Order Pursuant to 11 U.S.C. §§ 105, 363, 507(a), and 541(d) and Fed.R.Bankr.P.6003 and 6004 Authorizing Debtors to Pay Certain Prepetition Taxes and Granting Related Relief (Related Doc # 7). (cf) (Entered: 06/21/2019) |

| 06/21/2019 | 57<br>(5 pgs; 2 docs) | Final Order Pursuant to U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers and (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service (Related Doc # 8). (cf) (Entered: 06/21/2019) |
|---|---|---|
| 06/23/2019 | 58<br>(5 pgs) | BNC Certificate of Mailing (RE: related document(s) 56 Order on Motion Re: Chapter 11 First Day Motions). Notice Date 06/23/2019. (Admin.) (Entered: 06/23/2019) |
| 06/23/2019 | 59<br>(5 pgs) | BNC Certificate of Mailing (RE: related document(s) 57 Order on Motion Re: Chapter 11 First Day Motions). Notice Date 06/23/2019. (Admin.) (Entered: 06/23/2019) |
| 06/24/2019 | 60<br>(8 pgs; 2 docs) | Second Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 andFed. R. Bankr. P. 6003 and 6004 Authorizing Debtors to (A) Continue Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms (RE: related document(s)5 Motion Re: Chapter 11 First Day Motions filed by Debtor JadooTV, Inc.). (cf) (Entered: 06/24/2019) |
| 06/26/2019 | 61<br>(8 pgs) | BNC Certificate of Mailing (RE: related document(s) 60 Order Granting Related Motion/Application). Notice Date 06/26/2019. (Admin.) (Entered: 06/26/2019) |
| 07/05/2019 | 62<br>(3 pgs) | Request for Notice *with certificate of service.* Filed by Creditor JPMorgan Chase Bank, N.A. (McDermott, Christopher) (Entered: 07/05/2019) |
| 07/08/2019 | 63<br>(2 pgs; 2 docs) | Amended Summary of Assets and Liabilities for Non-Individual *for JadooTV, Inc.* Filed by Debtor JadooTV, Inc. (Attachments: # 1 Declaration Under Penalty of Perjury for Non-Individual Debtors) (Rupp, Thomas) (Entered: 07/08/2019) |
| 07/08/2019 | 64<br>(10 pgs; 2 docs) | Amended Schedule A, Schedule B,. *for JadooTV, Inc.* Filed by Debtor JadooTV, Inc. (Attachments: # 1 Declaration Under Penalty of Perjury for Non-Individual Debtors) (Rupp, Thomas) (Entered: 07/08/2019) |
| 07/08/2019 | 65<br>(17 pgs) | Amended Statement of Financial Affairs for Non-Individual *for JadooTV, Inc.* Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 07/08/2019) |
| 07/08/2019 | 66<br>(2 pgs; 2 docs) | Amended Summary of Assets and Liabilities for Non-Individual *for CloudStream Media, Inc.* Filed by Debtor JadooTV, Inc. (Attachments: # 1 Declaration Under Penalty |

|  |  | of Perjury for Non-Individual Debtors) (Rupp, Thomas) Modified on 7/9/2019 DEFECTIVE ENTRY: PDF docketed in incorrect case. (dts). (Entered: 07/08/2019) |
|---|---|---|
| 07/08/2019 | 67 (10 pgs; 2 docs) | Amended Schedule A, Schedule B,. *for CloudStream Media, Inc.* Filed by Debtor JadooTV, Inc. (Attachments: # 1 Declaration Under Penalty of Perjury for Non-Individual Debtors) (Rupp, Thomas) Modified on 7/9/2019 DEFECTIVE ENTRY: PDF docketed in incorrect case.(dts). (Entered: 07/08/2019) |
| 07/08/2019 | 68 (14 pgs) | Amended Statement of Financial Affairs for Non-Individual *for CloudStream Media, Inc.* Filed by Debtor JadooTV, Inc. (Rupp, Thomas) Modified on 7/9/2019 DEFECTIVE ENTRY: PDF docketed in incorrect case.(dts). (Entered: 07/08/2019) |
| 07/10/2019 | 69 (5 pgs) | Status Conference Statement (RE: related document(s)15 Order and Notice of Status Conference Chp 11). Filed by Debtor JadooTV, Inc. (Kim, Jane) (Entered: 07/10/2019) |
| 07/10/2019 | 70 (4 pgs) | Certificate of Service *re Statement of Debtors Regarding July 17, 2019 Status Conference* (RE: related document(s)69 Status Conference Statement). Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 07/10/2019) |
| 07/12/2019 | 71 (12 pgs; 2 docs) | Motion to Pay *Security Deposit to Federal Express Corporation* Filed by Debtor JadooTV, Inc. (Attachments: # 1 Ex A (Proposed Order)) (Kim, Jane) (Entered: 07/12/2019) |
| 07/12/2019 | 72 (4 pgs) | Motion to Shorten Time (RE: related document(s)71 Motion to Pay filed by Debtor JadooTV, Inc.). Filed by Debtor JadooTV, Inc. (Kim, Jane) (Entered: 07/12/2019) |
| 07/12/2019 | 73 (6 pgs; 2 docs) | Declaration of Sajid Sohail in Support of *Motion to Pay Security Deposit to Federal Express Corporation and Application to Shorten Time* (RE: related document(s)71 Motion to Pay, 72 Motion to Shorten Time). Filed by Debtor JadooTV, Inc. (Attachments: # 1 Ex 1 (Letter Agreement)) (Kim, Jane) (Entered: 07/12/2019) |
| 07/12/2019 | 74 (2 pgs) | Notice of Hearing (RE: related document(s)71 Motion to Pay *Security Deposit to Federal Express Corporation* Filed by Debtor JadooTV, Inc. (Attachments: # 1 Ex A (Proposed Order))). **Hearing scheduled for 7/17/2019 at 10:30 AM at Oakland Room 220 - Lafferty.** Filed by Debtor |

| | | JadooTV, Inc. (Kim, Jane) (Entered: 07/12/2019) |
|---|---|---|
| 07/12/2019 | [75](#)<br>(2 pgs) | Certificate of Service *for Motion of Debtors to Pay Security Deposit to Federal Express Corporation* (RE: related document(s)[71](#) Motion to Pay). Filed by Debtor JadooTV, Inc. (Kim, Jane). Related document(s) [73](#) Declaration filed by Debtor JadooTV, Inc., [74](#) Notice of Hearing filed by Debtor JadooTV, Inc.. CORRECTIVE ENTRY: Clerk added linkage to document(s) #73 and 74. Modified on 7/15/2019 (lj). (Entered: 07/12/2019) |
| 07/12/2019 | [76](#)<br>(3 pgs) | Order Shortening Time for Hearing on Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed.R.Bankr.P.6003 and 6004 for Authority to Pay Security Deposit to Federal Express Corporation (Related Doc [71](#) Motion to Pay Security Deposit to Federal Express Corporation, [72](#) Motion to Shorten Time). **Hearing scheduled for 7/17/2019 at 10:30 AM at Oakland Room 220 - Lafferty.** (cf) (Entered: 07/15/2019) |
| 07/16/2019 | [77](#)<br>(1 pg) | Notice Regarding *Withdrawal of Motion to Pay Security Deposit to Federal Express Corporation* (RE: related document(s)[71](#) Motion to Pay *Security Deposit to Federal Express Corporation* Filed by Debtor JadooTV, Inc. (Attachments: # 1 Ex A (Proposed Order))). Filed by Debtor JadooTV, Inc. (Kim, Jane) DEFECTIVE ENTRY: Incorrect event code selected. Modified on 7/17/2019 (wbk). (Entered: 07/16/2019) |
| 07/17/2019 | [78](#)<br>(1 pg) | ((•)) PDF with attached Audio File. Court Date & Time [ 7/17/2019 10:54:16 AM ]. File Size [ 2760 KB ]. Run Time [ 00:11:30 ]. (admin). (Entered: 07/17/2019) |
| 07/17/2019 | | Hearing Continued (related document(s): [15](#) Order and Notice of Status Conference Chp 11, [71](#) Motion to Pay filed by JadooTV, Inc.) Minutes of Proceedings: Withdrawal of the Motion to Pay filed 7/16/2019. Counsel to file a Motion seeking Final Cash Collateral. **Status Conference Continued to 08/14/2019 at 10:30 AM at Oakland Room 220 - Lafferty.** (cf) (Entered: 07/18/2019) |
| 07/22/2019 | [79](#)<br>(31 pgs) | Operating Report for Filing Period 06/30/2019 *for JadooTV, Inc.* Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 07/22/2019) |
| 07/22/2019 | [80](#)<br>(13 pgs) | Operating Report for Filing Period 05/31/2019 to 06/30/2019 *for CloudStream Media, Inc.* Filed by Debtor JadooTV, Inc. (Rupp, Thomas) DEFECTIVE ENTRY: PDF |

| | | docketed in incorrect case. Modified on 7/23/2019 (lb). (Entered: 07/22/2019) |
|---|---|---|
| 07/25/2019 | 81<br>(5 pgs; 2 docs) | Application for Admission of Attorney Pro Hac Vice . Fee Amount $310 (Attachments: # 1 Exhibit Certificate of Good Standing) (Craven, Christopher) (Entered: 07/25/2019) |
| 07/25/2019 | | Receipt of filing fee for Application for Admission of Attorney Pro Hac Vice(19-41283) [motion,mprohac] ( 310.00). Receipt number 29780182, amount $ 310.00 (re: Doc# 81 Application for Admission of Attorney Pro Hac Vice . Fee Amount $310) (U.S. Treasury) (Entered: 07/25/2019) |
| 07/25/2019 | 82<br>(5 pgs; 2 docs) | Application for Admission of Attorney Pro Hac Vice . Fee Amount $310 (Attachments: # 1 Exhibit Certificate of Good Standing) (Ferguson, Stephen) (Entered: 07/25/2019) |
| 07/25/2019 | | Receipt of filing fee for Application for Admission of Attorney Pro Hac Vice(19-41283) [motion,mprohac] ( 310.00). Receipt number 29780242, amount $ 310.00 (re: Doc# 82 Application for Admission of Attorney Pro Hac Vice . Fee Amount $310) (U.S. Treasury) (Entered: 07/25/2019) |
| 07/30/2019 | | Meeting of Creditors Held and Concluded. . (Blumberg, Jason) (Entered: 07/30/2019) |
| 07/31/2019 | 83<br>(4 pgs; 2 docs) | Order Granting Application for Admission of Attorney Pro Hac Vice (Related Doc 81). (cf) Modified on 8/1/2019 CORRECTIVE ENTRY: Clerk added attorney. (dts). (Entered: 08/01/2019) |
| 07/31/2019 | 84<br>(4 pgs; 2 docs) | Order Granting Application for Admission of Attorney Pro Hac Vice (Related Doc 82). (cf) Modified on 8/1/2019 CORRECTIVE ENTRY: Clerk added attorney.(dts). (Entered: 08/01/2019) |
| 08/03/2019 | 85<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) 83 Order on Application for Admission of Attorney Pro Hac Vice). Notice Date 08/03/2019. (Admin.) (Entered: 08/03/2019) |
| 08/03/2019 | 86<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) 84 Order on Application for Admission of Attorney Pro Hac Vice). Notice Date 08/03/2019. (Admin.) (Entered: 08/03/2019) |

| | | |
|---|---|---|
| 08/07/2019 | **87**<br>(15 pgs; 3 docs) | Motion *of Debtors for Authority to Enter into Stock Purchase Agreement and Repurchase Securities* Filed by Debtor JadooTV, Inc. (Attachments: # **1** Exhibit A (Securities Purchase Agreement) # **2** Exhibit B (Proposed Order)) (Kim, Jane) (Entered: 08/07/2019) |
| 08/07/2019 | **88**<br>(4 pgs) | Declaration of Sajid Sohail in Support of *Motion of Debtors for Authority to Enter into Stock Purchase Agreement and Repurchase Securities* (RE: related document(s)**87** Motion Miscellaneous Relief). Filed by Debtor JadooTV, Inc. (Kim, Jane) (Entered: 08/07/2019) |
| 08/07/2019 | **89**<br>(11 pgs; 2 docs) | Motion to Pay *Motion of Debtors Pursuant to 11 U.S.C. sections 105(a) and 363(b) For Authority to Advance Legal Fees and Other Defense Costs of Debtors' CEO* Filed by Debtor JadooTV, Inc. (Attachments: # **1** Exhibit A - Proposed Order) (Rupp, Thomas) (Entered: 08/07/2019) |
| 08/07/2019 | **90**<br>(49 pgs; 3 docs) | Declaration of Sajid Sohail in Support of *Motion of Debtors Pursuant to 11 U.S.C. sections 105(a) and 363(b) For Authority to Advance Legal Fees and Other Defense Costs of Debtors' CEO* (RE: related document(s)**89** Motion to Pay). Filed by Debtor JadooTV, Inc. (Attachments: # **1** Exhibit A - Indemnification Agreement # **2** Exhibit B - Copyright Complaint) (Rupp, Thomas) (Entered: 08/07/2019) |
| 08/07/2019 | **91**<br>(2 pgs) | Notice of Hearing *on Stock Repurchase Motion and Defense Costs Motion* (RE: related document(s)**87** Motion *of Debtors for Authority to Enter into Stock Purchase Agreement and Repurchase Securities* Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Securities Purchase Agreement) # 2 Exhibit B (Proposed Order)), **89** Motion to Pay *Motion of Debtors Pursuant to 11 U.S.C. sections 105(a) and 363(b) For Authority to Advance Legal Fees and Other Defense Costs of Debtors' CEO* Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A - Proposed Order)). **Hearing scheduled for 8/28/2019 at 10:30 AM at Oakland Room 220 - Lafferty.** Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 08/07/2019) |
| 08/07/2019 | **92**<br>(12 pgs; 2 docs) | Application to Employ Chan Punzalan LLP as Debtors' Litigation Counsel *Nunc Pro Tunc to July 1, 2019* Filed by Debtor JadooTV, Inc. (Attachments: # **1** Exhibit A (Proposed Order)) (Kim, Jane) (Entered: 08/07/2019) |
| 08/07/2019 | **93** | Declaration of Mark Punzalan in Support of *Application to* |

| | (20 pgs; 3 docs) | *Employ Chan Punzalan LLP as Debtors' Litigation Counsel Nunc Pro Tunc to July 1, 2019* (RE: related document(s)92 Application to Employ). Filed by Debtor JadooTV, Inc. (Attachments: # 1 Exhibit A (Retention Letter) # 2 Exhibit B (Interested Parties)) (Kim, Jane) (Entered: 08/07/2019) |
|---|---|---|
| 08/08/2019 | 94 (5 pgs) | Final Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 and Fed.R.Bankr.P.6003 and 6004 Authorizing Debtors to Pay Prepetition Wages, Salaries, Withholding Obligations, and Other Compensation and Benefits (Related Doc # 6). (cf) (Entered: 08/08/2019) |
| 08/08/2019 | 95 (2 pgs) | Certificate of Service *Regarding Application for Order Authorizing Retention of Chan Punzalan LLP as Debtors' Litigation Counsel* Filed by Debtor JadooTV, Inc. (Kim, Jane). Related document(s) 92 Application to Employ Chan Punzalan LLP as Debtors' Litigation Counsel *Nunc Pro Tunc to July 1, 2019* filed by Debtor JadooTV, Inc., 93 Declaration filed by Debtor JadooTV, Inc..CORRECTIVE ENTRY: Clerk added linkage to document(s) # #92, #93. Modified on 8/9/2019 (aw). (Entered: 08/08/2019) |
| 08/08/2019 | 96 (6 pgs) | Certificate of Service *re Notice of Hearing on Stock Repurchase Motion and Defense Costs Motion* (RE: related document(s) #87. Modified on 8/9/2019 (aw). Related document(s) 88 Declaration filed by Debtor JadooTV, Inc., 89 Motion to Pay *Motion of Debtors Pursuant to 11 U.S.C. sections 105(a) and 363(b) For Authority to Advance Legal Fees and Other Defense Costs of Debtors' CEO* filed by Debtor JadooTV, Inc., 90 Declaration filed by Debtor JadooTV, Inc). Filed by Debtor JadooTV, Inc. (Rupp, Thomas). CORRECTIVE ENTRY:Clerk added linkage to documents #88, #89, #90 and removed linkage #87, #91. Modified on 8/9/2019 (aw). (Entered: 08/08/2019) |
| 08/08/2019 | 97 (3 pgs) | Supplemental Certificate of Service *re Stock Repurchase Motion and Defense Costs Motion* (RE: related document(s)87 Motion Miscellaneous Relief, 89 Motion to Pay). Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 08/08/2019) |
| 08/08/2019 | 98 (2 pgs) | Supplemental Certificate of Service *re ECF Service of Notice of Hearing; Stock Repurchase Motion; Defense Costs Motion* (RE: related document(s)91 Notice of Hearing). Filed by Debtor JadooTV, Inc. (Rupp, Thomas). Related document(s) 87 Motion *of Debtors for Authority to Enter into Stock Purchase Agreement and Repurchase Securities* filed by Debtor JadooTV, Inc., 88 Declaration filed by Debtor JadooTV, Inc., 89 Motion to Pay *Motion of* |

| | | |
|---|---|---|
| | | *Debtors Pursuant to 11 U.S.C. sections 105(a) and 363(b) For Authority to Advance Legal Fees and Other Defense Costs of Debtors' CEO* filed by Debtor JadooTV, Inc., [90](#) Declaration filed by Debtor JadooTV, Inc. . CORRECTIVE ENTRY: Clerk added linkage to document(s) # #87, #88, #89, #91. Modified on 8/9/2019 (aw). (Entered: 08/08/2019) |
| 08/09/2019 | [99](#) (3 pgs) | Ex Parte Motion to Continue Hearing On *Status Conference* Filed by Debtor JadooTV, Inc. (Kim, Jane) (Entered: 08/09/2019) |
| 08/12/2019 | [100](#) (3 pgs) | Order Continuing Status Conference (RE: related document(s)[15](#) Order and Notice of Status Conference Chp 11, [99](#) Motion to Continue/Reschedule Hearing filed by Debtor JadooTV, Inc.) **Status Conference Continued to 8/28/2019 at 10:30 AM Oakland Room 220 - Lafferty.** (cf) (Entered: 08/12/2019) |
| 08/14/2019 | | Hearing Dropped. Off Calendar - Order Continuing Status Conference to **8/28/2019 at 10:30am** signed 8/12/2019. (related document(s): [15](#) Order and Notice of Status Conference Chp 11) (cf) (Entered: 08/14/2019) |
| 08/14/2019 | [101](#) (1 pg) | PDF with attached Audio File. Court Date & Time [ 8/14/2019 10:33:45 AM ]. File Size [ 128 KB ]. Run Time [ 00:00:32 ]. (admin). (Entered: 08/14/2019) |
| 08/19/2019 | [102](#) (31 pgs; 4 docs) | Motion for Relief from Stay Fee Amount $181, Filed by Creditor DISH Network L.L.C. (Attachments: # [1](#) Exhibit A Proposed Order Lifting Stay # [2](#) RS Cover Sheet Exhibit B # [3](#) Certificate of Service for Motion for Relief from Stay and Declaration of Stephen Ferguson) (Craven, Christopher) (Entered: 08/19/2019) |
| 08/19/2019 | | Receipt of filing fee for Motion for Relief From Stay(19-41283) [motion,mrlfsty] ( 181.00). Receipt number 29842813, amount $ 181.00 (re: Doc# [102](#) Motion for Relief from Stay Fee Amount $181,) (U.S. Treasury) (Entered: 08/19/2019) |
| 08/19/2019 | [103](#) (30 pgs; 3 docs) | Declaration of Stephen Ferguson in in Support of *Motion for Relief From Stay* (RE: related document(s)[102](#) Motion for Relief From Stay). Filed by Creditor DISH Network L.L.C. (Attachments: # [1](#) Exhibit 1 # [2](#) Exhibit 2) (Craven, Christopher). DEFECTIVE ENTRY: PDF scanned sideways on pages 25-30. Modified on 8/19/2019 (klr). (Entered: 08/19/2019) |

| | | |
|---|---|---|
| 08/19/2019 | **104**<br>(9 pgs; 2 docs) | Notice of Hearing (RE: related document(s)102 Motion for Relief from Stay Fee Amount $181, Filed by Creditor DISH Network L.L.C. (Attachments: # 1 Exhibit A Proposed Order Lifting Stay # 2 RS Cover Sheet Exhibit B # 3 Certificate of Service for Motion for Relief from Stay and Declaration of Stephen Ferguson)). **Hearing scheduled for 9/4/2019 at 09:30 AM at Oakland Room 220 - Lafferty.** Filed by Creditor DISH Network L.L.C. (Attachments: # 1 Certificate of Service for Notice of Hearing on Motion for Relief From Stay) (Craven, Christopher) (Entered: 08/19/2019) |
| 08/20/2019 | **105**<br>(2 pgs) | Notice of Appearance and Request for Notice by Tina Bao-Ngan Vy Ngo. Filed by Creditor DISH Network L.L.C. (Ngo, Tina) (Entered: 08/20/2019) |
| 08/21/2019 | **106**<br>(17 pgs; 2 docs) | Response *in Opposition to Debtors' Motion for Authority to Advance Legal Fees and Other Defense Costs of Debtors' CEO* (RE: related document(s)89 Motion to Pay). Filed by Creditor DISH Network L.L.C. (Attachments: # 1 Certificate of Service for DISH Network L.L.C.'s Response in Opposition to Debtors' Motion for Authorithy to Advance Legal Fees) (Craven, Christopher) (Entered: 08/21/2019) |
| 08/21/2019 | **107**<br>(9 pgs) | Objection *UNITED STATES TRUSTEES OBJECTION TO MOTION OF DEBTORS FOR AUTHORITY TO ADVANCE LITIGATION EXPENSES FOR DEBTORS CEO* (RE: related document(s)89 Motion to Pay). Filed by U.S. Trustee Office of the U.S. Trustee/Oak (Blumberg, Jason) (Entered: 08/21/2019) |
| 08/21/2019 | **108**<br>(29 pgs) | Operating Report for Filing Period 07/01/2019 to 07/31/2019 *for JadooTV, Inc.* Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 08/21/2019) |
| 08/21/2019 | **109**<br>(17 pgs) | Operating Report for Filing Period 07/01/2019 to 07/31/2019 *for CloudStream Media, Inc.* Filed by Debtor JadooTV, Inc. (Rupp, Thomas) (Entered: 08/21/2019) |
| 08/22/2019 | **110**<br>(2 pgs) | Certificate of Service (RE: related document(s)107 Objection). Filed by U.S. Trustee Office of the U.S. Trustee/Oak (Blumberg, Jason) (Entered: 08/22/2019) |
| 08/22/2019 | **111**<br>(5 pgs) | Motion to Continue Hearing On *Matters Scheduled to Be Heard on August 28, 2019* (RE: related document(s)87 Motion Miscellaneous Relief filed by Debtor JadooTV, Inc., 89 Motion to Pay filed by Debtor JadooTV, Inc.). Filed by Debtor JadooTV, Inc. (Kim, Jane) (Entered: 08/22/2019) |

| 08/22/2019 | [112](#)<br>(4 pgs) | Declaration of Jane Kim in Support of *Ex Parte Motion of Debtors to Continue Hearing On Matters Scheduled to Be Heard on August 28, 2019* (RE: related document(s)[111](#) Motion to Continue/Reschedule Hearing). Filed by Debtor JadooTV, Inc. (Kim, Jane) (Entered: 08/22/2019) |
| --- | --- | --- |
| 08/23/2019 | [113](#)<br>(5 pgs) | Response *in Opposition to Debtors' Ex Parte Motion for Order Continuing Matters to be Heard on August 28, 2019* (RE: related document(s)[111](#) Motion to Continue/Reschedule Hearing). Filed by Creditor DISH Network L.L.C. (Craven, Christopher) (Entered: 08/23/2019) |
| 08/23/2019 | [114](#)<br>(3 pgs) | Order Continuing Matters Scheduled to be Heard on August 28, 2019 (RE: related document(s)[15](#) Order and Notice of Status Conference Chp 11, [87](#) Motion Miscellaneous Relief filed by Debtor JadooTV, Inc., [89](#) Motion to Pay filed by Debtor JadooTV, Inc., [100](#) Order Continuing Status Conference, [102](#) Motion for Relief From Stay filed by Creditor DISH Network L.L.C.). **Hearings Continued to 9/4/2019 at 10:30 AM Oakland Room 220 - Lafferty.** (cf) (Entered: 08/23/2019) |

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 08/28/2019 10:40:55 | | |
| **PACER Login:** | hnbllc2008:3423670:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 19-41283 Fil or Ent: filed From: 3/1/2019 To: 8/28/2019 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |

# EXHIBIT 2

1   KELLER & BENVENUTTI LLP
    Jane Kim (#298192)
2   (jkim@kellerbenvenutti.com)
    Thomas B. Rupp (#278041)
3   (trupp@kellerbenvenutti.com)
    650 California Street, Suite 1900
4   San Francisco, CA 94108
    Tel: 415 364 6793
5   Fax: 650 636 9251

6   *Attorneys for Debtors and*
    *Debtors in Possession*

7

8                   **UNITED STATES BANKRUPTCY COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                            **OAKLAND DIVISION**

11

12   **In re:**                          Bankruptcy Case
                                         No.  19-41283 (WJL)
13   **JADOOTV, INC.,**
                                         Chapter 11
14           **- and -**
                                         (Lead Case)
15   **CLOUDSTREAM MEDIA, INC.,**
                                         (Jointly Administered)
16              **Debtors.**

17   ☐    Affects JadooTV, Inc.          ***EX PARTE* MOTION OF DEBTORS FOR
     ☐    Affects CloudStream Media, Inc.   ORDER CONTINUING MATTERS
18   ☑    Affects both Debtors           SCHEDULED TO BE HEARD ON AUGUST
                                         28, 2019**
19   *\* All papers shall be filed in the Lead Case,*
     *No. 19-41283 (WJL).*              [No hearing requested]
20

21

22

23

24

25

26

27

28

*Vertical left margin text:* **Keller & Benvenutti LLP** / 650 California Street, Suite 1900 / San Francisco, CA 94108

JadooTV, Inc. ("JadooTV") and CloudStream Media, Inc. ("CSM"), as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submit this *ex parte* Motion (the "Motion"), pursuant to section 105(a) of title 11, United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Northern District of California (the "Local Rules"), for entry of an order continuing the matters currently scheduled to be heard in the Chapter 11 Cases on August 28, 2019, at 10:30 a.m. (Pacific time), to a hearing on September 4, 2019, at 10:30 a.m. (Pacific time).

In support of this Motion, the Debtors submit the Declaration of Jane Kim (the "Kim Decl."), filed contemporaneously herewith, and further respectfully submit as follows:

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.   JURISDICTION

The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Bankruptcy Local Rules"). This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.   BACKGROUND

On May 31, 2019 (the "Petition Date"), the Debtors commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in either of the Chapter 11 Cases.

### A.   DISH Litigation

Prior to the Petition Date, on November 20, 2018, DISH Network L.L.C. ("DISH") filed a complaint for copyright infringement in the United States District Court for the Central District of California against the following defendants: JadooTV; its Chief Executive Officer, Sajid Sohail

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108

("Sohail"); a contractor named Haseeb Shah who did work for JadooTV through his employer, a third party called IDC Resources; and a reseller of JadooTV products, East West Audio Video, Inc., and its CEO Punit Bhatt. *See* Case No. 2:18-cv-09768-FMO-KS (C.D. Cal.) (the "Copyright Action"). DISH alleges in the Copyright Action that JadooTV and Sohail, in his capacity as agent for JadooTV, violated and continue to violate DISH's intellectual property rights. In addition to monetary damages, DISH seeks permanent injunctive relief against all defendants from distributing the content it alleges is protected.

With the filing of JadooTV's bankruptcy petition, the Copyright Action is now stayed as against JadooTV pursuant to the automatic stay, but DISH continues to pursue litigation based on substantially the same allegations against the other defendants, including Sohail. On August 19, 2019, DISH filed *DISH Network L.L.C.'s Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d) and Memorandum of Points and Authorities* [Dkt. No. 102] (the "Relief from Stay Motion"), seeking that the Court lift the automatic stay and permit DISH to prosecute the Copyright Action against JadooTV. The Relief from Stay Motion is scheduled to be heard on September 4, 2019, at 9:30 a.m. (Pacific time).

The Debtors also intend to file a motion shortly requesting that the Court stay further prosecution of the Copyright Action against Sohail during the pendency of the automatic stay in these Chapter 11 Cases as it applies to litigation of the Copyright Action against JadooTV, which the Debtors will seek to have heard expeditiously.

### B.   Matters Currently Scheduled to Be Heard On August 28, 2019

On July 17, 2019, the Court held a status conference in these Chapter 11 Cases, and at the conclusion thereof, the Court continued the Status Conference to August 14, 2019, at 10:30 a.m. By order dated August 12, 2019, the Court further continued the Status Conference to August 28, 2019, at 10:30 a.m.

On August 7, 2019, the Debtors filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Authority to Enter Into Stock Purchase Agreement and Repurchase Securities* [Dkt. No. 87] (the "Stock Repurchase Motion") and the *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Authority to Advance Legal Fees and Other Defense Costs of Debtors' CEO* [Dkt. No. 89] (the "Defense Costs Motion"). By the Defense Costs Motion, the Debtors seek authority to honor CSM's

**Keller & Benvenutti LLP**
650 California Street, Suite 1900
San Francisco, CA 94108

1   Indemnification Agreement with Sohail, and to advance the costs of Sohail's defense in the Copyright

2   Action arising from his role as the Debtors' CEO and agent.

3        The Office of the United States Trustee (the "U.S. Trustee") [Dkt. No. 107] ("UST Opp.") and

4   DISH [Dkt. No. 106] ("DISH Opp.") filed oppositions to the Defense Costs Motion.  No oppositions to

5   the Stock Repurchase Motion were filed by the response deadline. Both the Stock Repurchase Motion

6   and the Defense Costs Motion are scheduled be heard on August 28, 2019, at 10:30 a.m. (Pacific time).

7   **III.    RELIEF REQUESTED**

8        By this Motion, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and

9   Local Rule 9006-1, the Debtors seek entry of an order continuing the Status Conference and the hearings

10  on the Stock Repurchase Motion and the Defense Costs Motion to September 4, 2019, at 10:30 a.m.

11  (Pacific time), to be heard on the same date as the Relief from Stay Motion.

12       The Debtors submit that continuing the Status Conference, the Stock Repurchase Motion, and

13  the Defense Costs Motion by one week so that it can be heard on the same date as the Relief from Stay

14  Motion will be an efficient use of the resources of the Debtors, the Court, and all parties in interest.

15       Not only is there an identity of parties on the Defense Costs Motion and the Relief from Stay

16  Motion, but there are also common issues that will be addressed on both matters, such that it would be a

17  benefit to the Court for the matters to be heard on the same date. The oppositions to the Defense Costs

18  Motion filed by DISH and the U.S. Trustee both argue that the Defense Costs Motion is deficient because

19  the Debtors did not provide an estimate of the defense costs at issue (notwithstanding that the Debtors

20  proposes that such legal fees and expenses would be subject to Court approval consistent with sections

21  330 and 331 of the Bankruptcy Code). *See* DISH Opp. at 5:17-22; UST Opp. at 8:6-11. The disposition

22  of the Relief from Stay Motion (as well as any motion filed by the Debtors with respect to the stay against

23  Sohail) will have a direct bearing on the extent to which Sohail will incur personal defense costs and any

24  estimate that the Debtors will be able to make of such costs.

25       More tellingly, DISH argues that JadooTV can "sufficiently defend against DISH's claims

26  without also advancing Sohail's legal expenses," pointing to its Relief from Stay Motion to suggest that

27  "JadooTV would have ample opportunity to continue its defense against those claims." DISH Opp. at

28

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108

7:28-8:4. If the Court denies the Relief from Stay Motion, DISH's argument falls on its face. It makes no sense for DISH to urge the Court to pre-judge the very matter that is up for hearing the following week.

The U.S. Trustee informed the Debtors that it consents to continuing the matters scheduled to be heard on August 28 to the hearing on September 4. DISH's counsel responded with an e-mail that simply stated, without further explanation, that "DISH Network would prefer to keep the hearings as scheduled by the parties, with the Chapter 11 Status Conference and the Debtors' Defense Cost Motion on August 28th, and DISH Network's Motion for Relief From Stay on September 4th." Kim Decl. ¶ 13.

## IV. NOTICE

Notice of the Motion will be provided to (i) the Office of the United States Trustee for Region 17 (Attn: Tracy Hope Davis, Esq. and Jason Blumberg, Esq.); (ii) DISH; and (iii) those persons who have formally appeared in these Chapter 11 Cases and requested service pursuant to Bankruptcy Rule 2002.

No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: August 22, 2019

Respectfully submitted,

**KELLER & BENVENUTTI LLP**

By: */s/ Jane Kim*
        Jane Kim

*Attorneys for Debtors and Debtors in Possession*

# EXHIBIT 3

## Stephen Ferguson

**From:**       Stephen Ferguson
**Sent:**       Tuesday, August 27, 2019 4:22 PM
**To:**         'Mark Punzalan'
**Subject:**    RE: DISH v. Sohail et al.

Mark,

We have asked Defendants to withdraw their motion to quash in light of the District Court order of August 14 stating the automatic stay does not apply and because Defendants lack standing to bring a motion to quash under Rule 45.  Because those legal issues are outcome determinative there is no need to move the September 4 hearing on Defendants' motion to quash.

Further, you are not counsel in the bankruptcy proceeding and have no motions pending before the bankruptcy court on September 4.

Best Regards,

Stephen M. Ferguson
Hagan Noll & Boyle LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, TX 77024
713.343.0478 T (ext. 102)
713.758.0146 F
www.hnbllc.com

**From:** Mark Punzalan [mailto:mark@chanpunzalan.com]
**Sent:** Tuesday, August 27, 2019 3:55 PM
**To:** Stephen Ferguson <Stephen.Ferguson@hnbllc.com>
**Subject:** Re: DISH v. Sohail et al.

Stephen:

Nice speaking with you this afternoon.

As we discussed, Dish opposes a continuance of the 9/4 motion to quash but does not oppose a continuance of the 10/2 hearing on the motion for fees. You also stated you are not available for a hearing on either 10/9 or 10/16. We will file an ex parte motion to continue both motions to a date on or after 10/23. I assume you will oppose that motion, in part, but please let me know if this is incorrect. Thank you.

**Mark Punzalan | Chan + Punzalan**
mark@chanpunzalan.com | Direct: 650.481.8112 | Main: 650.362.4150
**2000 Alameda de las Pulgas, Suite 154 | San Mateo, California 94403**

CONFIDENTIALITY NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges,

1

immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

On Tue, Aug 27, 2019 at 10:16 AM Stephen Ferguson <Stephen.Ferguson@hnbllc.com> wrote:

Mark,

Call me after your 1 pm call.

Stephen M. Ferguson

Hagan Noll & Boyle LLC

Two Memorial City Plaza

820 Gessner, Suite 940

Houston, TX 77024

713.343.0478 T (ext. 102)

713.758.0146 F

www.hnbllc.com

**From:** Mark Punzalan [mailto:mark@chanpunzalan.com]
**Sent:** Tuesday, August 27, 2019 11:58 AM
**To:** Stephen Ferguson <Stephen.Ferguson@hnbllc.com>
**Subject:** Re: DISH v. Sohail et al.

Stephen: I have a 1 pm PDT call that may go an hour. Can we schedule for 2 pm PDT today?

**Mark Punzalan | Chan + Punzalan**

mark@chanpunzalan.com | Direct: 650.481.8112 | Main: 650.362.4150

**2000 Alameda de las Pulgas, Suite 154 | San Mateo, California 94403**

CONFIDENTIALITY NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

On Tue, Aug 27, 2019 at 9:52 AM Stephen Ferguson <Stephen.Ferguson@hnbllc.com> wrote:

Mark,

I'm available for a call at 1:30 PDT this afternoon to discuss the issue of the hearing dates for Defendants' motion to quash and DISH's motion for an award of expenses.  Let me know if that time will work.

Stephen M. Ferguson

Hagan Noll & Boyle LLC

Two Memorial City Plaza

820 Gessner, Suite 940

Houston, TX 77024

713.343.0478 T (ext. 102)

713.758.0146 F

www.hnbllc.com