Mark Punzalan (CA Bar No. 247599)
Email: mark@chanpunzalan.com
Nicole Daryanani (CA Bar No. 328068)
Email: nicole@chanpunzalan.com
CHAN PUNZALAN LLP
2000 Alameda de las Pulgas, Suite 154
San Mateo, CA 94403
Telephone: 650.362.4150
Fax: 650.362.4151

*Counsel for Defendants*
*Jadoo TV, Inc. and Sajid Sohail*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>  Plaintiff,<br><br>  vs.<br><br>JADOOTV, INC., SAJID SOHAIL, HASEEB SHAH, EAST WEST AUDIO VIDEO, INC., and PUNIT BHATT,<br><br>  Defendants. | Case No. 2:18-cv-09768-FMO-KS<br><br>**DECLARATION OF SAJID SOHAIL IN SUPPORT OF MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Date: March 12, 2020<br>Time: 10:00 AM<br>Courtroom: 6D<br>Judge: Honorable Fernando M. Olguin |

I, Sajid Sohail, declare the following:

1. I am one of the named defendants in the above-entitled action. This declaration is based on my own personal knowledge. If called to testify, I could and would do so competently as to the matters set forth herein. I make this declaration in support of the pending Motion to Transfer Venue to the Northern District of California.

2. I am the founder, CEO, and President of Defendant Jadoo TV, Inc. ("JadooTV"). I live in Pleasanton, California.

3. On or about May 31, 2019, JadooTV filed its Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Northern District of California. That proceeding is currently pending before Judge William Laferty.

4. JadooTV has other officers and employees; however, as I am the CEO and President, I play a key role in the bankruptcy reorganization efforts. That role has taken up a great deal of my time with respect to JadooTV.

5. JadooTV's United States office is located at 5880 West Las Positas Boulevard in Pleasanton, California. The company's computers, financial documents, and records in the United States are located in Pleasanton. JadooTV has no office in the Central District of California.

6. The majority of JadooTV's operations exist in Pakistan, not the United States. There are only six JadooTV employees remaining in the United States, all of whom live and work in the Bay Area. The remaining seventy employees are in Pakistan and split between two entities that are separate from JadooTV.

7. JadooTV has dozens of authorized retailers across the United States. These retailers are located in many major United States cities such as New York, Houston, Miami, Atlanta, and Chicago. JadooTV divides its California sales into two regions: Northern California (which is roughly equivalent to the judicial Northern District and Eastern Districts) and Southern California (which is roughly equivalent to the judicial Central and Southern Districts). Roughly 65% of JadooTV's California sales in recent years have been by resellers in Northern California.

8. The increased burden and expense of continued litigation in the Central District of California will substantially damage JadooTV, given that litigation in this forum demands that

JadooTV personnel and witnesses continue to travel from the San Francisco Bay Area to the Central District of California.

9. All of the witnesses JadooTV currently anticipates calling in its defense in this case reside in the Northern District of California. None of the witnesses the company anticipates calling in its defense resides in the Central District of California. Specifically, JadooTV currently plans to call at least the following witnesses:

- Ahsan Salahuddin, Vice President of Sales, JadooTV, who is based in Pleasanton, California (San Francisco Bay Area);
- Rick, Bottomley, CFO JadooTV, who is based in Gilroy, California (San Francisco Bay Area);
- at least six authorized retailers of JadooTV products, all of whom are in the Bay Area or greater Sacramento area (also in the Northern District); and
- at least five employees of DISH Networks, who are presumably based in and around the company's corporate headquarters in Englewood, Colorado.

10. JadooTV is a defendant in a matter pending in the Northern District of California entitled *Dish Technologies, L.L.C., et al. v. Jadoo TV, Inc.*, Case No. 5:18-cv-05214-EJD. Attached hereto as Exhibit A is a true and correct copy of the complaint in that action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Dated this 10th day of February 2020.

_____
Sajid Sohail