Mark Punzalan (CA Bar No. 247599)
Email: mark@chanpunzalan.com
Nicole Daryanani (CA Bar No. 328068)
Email: nicole@chanpunzalan.com
CHAN PUNZALAN LLP
2000 Alameda de las Pulgas, Suite 154
San Mateo, CA 94403
Telephone: 650.362.4150
Fax: 650.362.4151

*Counsel for Defendants*
*Jadoo TV, Inc. and Sajid Sohail*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br> vs. <br><br> JADOOTV, INC., SAJID SOHAIL, HASEEB SHAH, EAST WEST AUDIO VIDEO, INC., and PUNIT BHATT, <br><br> Defendants. | Case No. 2:18-cv-09768-FMO-KS <br><br> **SUPPLEMENTAL DECLARATION OF SAJID SOHAIL IN SUPPORT OF MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA** <br><br> Date: March 12, 2020 <br> Time: 10:00 am <br> Courtroom: 6D <br> Judge: Honorable Fernando M. Olguin |

I, Sajid Sohail, declare the following:

1. I am one of the named defendants in the above-entitled action. This declaration is based on my own personal knowledge. If called to testify, I could and would do so competently as to the matters set forth herein. I make this declaration in support of the pending Motion to Transfer Venue to the Northern District of California.

2. JadooTV has operated at a loss for the past several years. While the company has stabilized enough to lift the bankruptcy stay in this action, it is still losing money.

3. JadooTV's sales to retailers in the Northern and Eastern Districts of California account for roughly 65% of its total California sales, while its sales to retailers in the Central and Southern Districts of California account for the remaining 35% of its total California sales. California as a whole is not

JadooTV's leading sales market. Most JadooTV resellers in the Central District of California are very small or very recent additions. Some of those resellers have never been sold any JadooTV devices.

4. JadooTV currently anticipates calling at least six resellers of JadooTV products as witnesses at trial. Each of these resellers lives and works in the Northern District of California:

- Mohammad Essa (based in Sacramento);
- Onkar Singh (based in Fremont);
- Qais Nuristani (based in Carmichael);
- Masood Walizada (based in Sacramento);
- Tamim Mojadadi (based in Concord); and
- Wahidullah Safi (based in Fremont).

5. JadooTV has made sales to East West Audio Video, Inc. since at least 2010. A true and correct copy of JadooTV's sales records to the company is attached here as **Exhibit 1**. I have personally been to the East West Audio Video store in Artesia, CA exactly once, on or around February 3, 2017. A copy of my flight confirmations for that trip is attached as **Exhibit 2**. Photos from that trip are attached as **Exhibit 3**. At that meeting, Punit Bhatt remarked that he was glad to finally meet the founder of JadooTV. That is the only time I met Mr. Bhatt. I did not visit the store at the end of 2015, as he has claimed.

Dated:  February 27, 2020                                         */s/ Sajid Sohail*